353 A.2d 34

**PREFERRED RISK INSURANCE COMPANY, Appellant,**

v.

**David CAPLAN et al.**

Supreme Court of Pennsylvania.

Argued Jan. 12, 1976.

Decided March 17, 1976.

Michael J. Pepe, Jr., Philadelphia, for appellant.

Gerald S. Segal, Philadelphia, for appellee, David Caplan.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Decree affirmed.

Costs to be borne by appellant.